SIDNEY FRANKLIN, Respondent and Appellant, *v.* COLUMBIA PICTURES CORPORATION, Appellant and Respondent.

(Argued April 16, 1936; decided May 1, 1936.)

*Louis D. Frohlich, Herman Finkelstein* and *Nathan Burkan* for defendant, appellant and respondent.

*Milton J. Teiger* for plaintiff, respondent and appellant.

Judgment affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.